SCANNED AT PINCKNEYVILLE CC and E-mailed
_____ by _____ pages
date        initials    No.

# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

Rodney Stanton

_____

Plaintiff/Petitioner(s)

v.

Honeywell International,
Inc., et al., & Gardner &
Stern Co.

Defendant/Respondent(s)

Case Number: 17-365-DRH

(Clerk's Office will provide)

☑ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983 (State Prisoner)
☐ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331 (Federal Prisoner)
☐ CIVIL COMPLAINT
pursuant to the Federal Tort Claims Act,
28 U.S.C. §§1346, 2671-2680, or other law

I.    JURISDICTION

Plaintiff:

A.    Plaintiff's mailing address, register number, and present place of
confinement. RODNEY STANTON
#B65491
P.O BOX 999
PINCKNEYVILLE, IL 62274

Defendant #1:

B.    Defendant HONEYWELL INTERNATIONAL INC.,_____ is employed as
         (a)    (Name of First Defendant)
CORPORATION / REGISTERED INTERNATIONALLY
         (b)                (Position/Title)
with CHAIRMAN, C.E.O., PRESIDENT, OPERATING MANAGER
         (c)    (Employer's Name and Address)
2768 NORTH US 45 ROAD

At the time the claim(s) alleged this complaint arose, was Defendant #1
employed by the state, local, or federal government? ☑ Yes  ☐ No

If your answer is YES, briefly explain: DEFENDANT 1. IS AN
INTERNATIONAL CORPORATION THAT OPERATES AS
AN AGENT OF THE FEDERAL GOVERNMENT
RECEIVING PAYMENT FOR CONSULTATION, AND IS A
RECIPIENT OF FEDERAL GOVERNMENT SUBSIDES

(Rev. 7/2010)

1

Defendant #2:

C.     Defendant _GARdNER & STERN CO._____ is employed as

                        (Name of Second Defendant)

       _STEVE (DOE) CITE SUPERVISOR_____

                        (Position/Title)

with _5901 N CICERO AVE    SUITE # 102_____

                        (Employer's Name and Address)

_CHICAGO, ILLINOIS 60614_____

At the time the claim(s) alleged in this complaint arose, was Defendant #2
employed by the state, local, or federal government?   ☑ Yes    ☐ No

If you answer is YES, briefly explain:

Additional Defendant(s) (if any):

D.     Using the outline set forth above, identify any additional Defendant(s).

II.   PREVIOUS LAWSUITS

A.   Have you begun any other lawsuits in state or federal court relating to your imprisonment?      ☐ Yes   ☑ No

B.   If your answer to "A" is YES, describe each lawsuit in the space below.  If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. Failure to comply with this provision may result in summary denial of your complaint.

1.   Parties to previous lawsuits:
     Plaintiff(s):      N/A

     Defendant(s):

2.   Court (if federal court, name of the district; if state court, name of the county):

3.   Docket number:

4.   Name of Judge to whom case was assigned:

5.   Type of case (for example: Was it a habeas corpus or civil rights action?):

6.   Disposition of case (for example: Was the case dismissed?  Was it appealed?  Is it still pending?):

7.   Approximate date of filing lawsuit:      N/A

8.   Approximate date of disposition:

III.   GRIEVANCE PROCEDURE

A.   Is there a prisoner grievance procedure in the institution? ☑Yes   ☐ No

B.   Did you present the facts relating to your complaint in the prisoner grievance procedure?   ☐ Yes   ☑No

C.   If your answer is YES,
1.   What steps did you take?

2.   What was the result?   N/A

D.   If your answer is NO, explain why not.

E.   If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?   ☐ Yes   ☑No

F.   If your answer is YES,
1.   What steps did you take?

2.   What was the result?

G.   If your answer is NO, explain why not. LAW SUIT UNRELATED TO IMPRISONMENT

H.   Attach copies of your request for an administrative remedy and any response you received.  If you cannot do so, explain why not.

## IV.   STATEMENT OF CLAIM

A.   State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments of citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

IN may of (2010), I was An Employee of GARDNER & STEARN Co. and, I was told we where hired. By honeywells Corp, he company I work for is a Resue-Response team. when company threaten to strike Graddner & Stearns, we are Called into service them "DuRing the Strike. I Begin working as a sou chef/DRIVER, working at honeywells Brought me I was not Given, the Protective Gear, other Employees of honeywells wore. I was checked Periodically for Radioactive Contamination. I make contact with, Radioactive Environment, although I was checked Periodically for Radioactive Contamination. Extive contamination. now on (october 3Rd 2010) I Begin having, Breathing Difficulty, and with Increasing Shortness of Breath called - 911/and was Rushed to (massac memorial hospital) in metropolis, ill. By Ambulance. and after Being treated and was told something was Going on with my heart. From the (Emergency-Rm). Never thought anything Else about it. I just old Age, I then took a wik off and Return back, to honeywells then the job Site Ended three wks later which here around the First wk of (november 2010) we Packed up made it back to chgo, and about the middle of Decmber. I Begin Being very sick, could not Breath could not walk long-distance, Get very tired could not sleep had to sleep-sitting, on a couch or a chair, I'd Get up and make it to the (Emergency Rm). In the middle of the night. to Rush-University medical center and they would keep me for two or three days and send me home. I still did not understand whis just started all at ones. Every month for the next Eight months. I hospitalized at Rush university medical center and they would keep me for two or three days, and send me home. Because I did-not have Insurance. Still had know clue of why this just happen all of a Sutton. on the (Exithth month) of Running the (Emergency Rm). they kept me and one morning all of the Doctors Entered my Room to discuss, and Explain my condiction, torne the Doctors Stated to me your heart is Beating at 25% capacity have would you like us, to fix you up, I was told that I had Congestive heart failure. I still had know clue of how. I Became so sick that fast after working at (honeywells) had Physical Befor going to Site, I was just so Grateful to Still Be living. So I never Question it Because, I did-not understand the anger of working at (honeywells) But for yRs, I thought about why Did I just Get sick all of a Sutton. September 20 - was watching (Southern distract) local news. comes across the Screen. People at (honeywells) Complaining about how, there Getting sick from working at (honeywells) and also People living in the Area talking about the Rac active contaminition Environment. called Project = Safe on other side of the fence. and thats how I made my Discovery of how I Became ill with (Congestive heart failure) now I'm (legally Disable) Because of my (Defibellator/Pacemaker Implant). wich changed my life forever. my (I Dot - card) was Revoke, which I'm know longer able or allowed, to (Drive Trucks) again. wich was my life, just Giving an Ideal of the Pain that (honeywells International) Inc. has made on my life! See In the Exbits,

V.   REQUEST FOR RELIEF

State exactly what you want this court to do for you.  If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255.  Copies of these forms are available from the clerk's office.

100,000,00 FRom DEFFENDANT, HONEYWEll CORP.
FoR COMPESATORY dAMAGE, 100,000,00 DollARS FoR
DAMAGES And FoR PRESENT And FuTuRE medicAl COST
And ANY dAMAGES THIS HONoRAble COURT deem's, JUST And
PROPER.

VI.   JURY DEMAND (check one box below)

The plaintiff ☒ does   ☐ does not request a trial by jury.


DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.


Signed on: APRil 5, 2017
                (date)

P.O. Box 999
Street Address

PincKneyVille, Il 62274
City, State, Zip

Rodney Stanton
Signature of Plaintiff

Rodney STANTON
Printed Name

# B65491
Prisoner Register Number


Signature of Attorney (if any)


(Rev. 7/2010)

6

EXHIBIT (A)



| **Massac Memorial** | 10/3/2010 | Transport Vehicle: | **ORIGINAL** |
|---|---|---|---|
| **Massac Amb Ser Run Report** | | 513802 | Incident # |
| Vehicle ID  513802    Agen. ID: Zebra | | Transporting Unit Arr.Time: 8:24 | 00387510          1 |
| | | | Page 2 of 2 |

**Final Assessment:**

| Time: | 8:39 | By: | 060107489 | | GCS: | 15 | RTS: | 12 | | Severity: | 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|

Airway:  Open          Breathing:  Normal          Circulation          Strong Radial Pulse          LOC:  Alert & Oriented x 3

| Head: | Within Normal Limits | Back: | Within Normal Limits | Left Pupil: | PERRL |
|---|---|---|---|---|---|
| Face: | Within Normal Limits | Abdomen: | Within Normal Limits | Right Pupil: | PERRL |
| Eye: | Within Normal Limits | Pelvic: | Within Normal Limits | Left Lung: | Clear |
| Neck: | Within Normal Limits | Ext. Upper | Within Normal Limits | Right Lung: | Clear |
| Chest: | Within Normal Limits | Ext. Lower | Within Normal Limits | Blood Sugar: | 165 |

Skin Color:   Normal/Pink          Skin Moisture:   Normal          Skin Temp:   Normal

**History of Chief Complaint:**

Called to Baymont Inn for a person having difficulty breathing. Upon arrival, found patient sitting upright in chair. Patient was in moderate respiratory distress. Patient stated his breathing difficulty started at approximately 7 am this morning. Patient assisted to ambulance stretcher. Patient denied any history of respiratory illness. Patient positioned sitting upright on stretcher. Patient secured to ambulance stretcher with three seatbelts. Patient alert and oriented X 3. Vital signs taken .Pulse oximeter reading was 90% on room air. Patient placed on 15 liters of oxygen via non-rebreather. Patient placed on cardiac monitor. Cardiac monitor showed a sinus tachycardia rhythm. IV of normal saline established in left AC with 18 gauge cannula at a TKO rate. Patient had wheezing in all lung fields. Patient given albuterol breathing treatment. Medical control contacted. No orders given. Patient transported to Massac Memorial Hospital per patient request. Patient stated relief from breathing difficulty with albuterol treatment and oxygen. Patient pulse oximeter reading was 98% during transport. Patient stated he had coughed up yellow mucous when breathing difficulty started. Patient moved from ambulance stretcher to emergency room bed without assistance. Patient care taken over by emergency room nurse.



| Carl Cross | R | Jason Webster |
|---|---|---|
| 060107489 | | 000273698 |

EXHIBIT (B)

### MASSAC MEMORIAL HOSPITAL
### 28 CHICK STREET
### METROPOLIS, ILLINOIS 62960
### RADIOLOGY DEPARTMENT

```
PATIENT NAME:       Stanton, Rodney
DOB:                03/02/1965
PLACE OF SERVICE:   Emergency Room
DATE OF SERVICE:    10/03/2010
AGE:                45y
X-RAY #:            58135
PHYSICIAN:          Baron Baucom,  / No Doctor,
EXAMINATION:        CHEST 2 VIEWS
CLINICAL HISTORY:   SOB
```

Exam: Two-view chest.

HISTORY: Shortness of breath. Cough.

No comparisons.

FINDINGS: PA and lateral views of the chest. Diffuse interstitial prominence is seen. There are bilateral perihilar infiltrates. Opacity seen in the right lung base which may be due to the atelectasis or edema. Pneumonia is not excluded. The lungs are hyperexpanded. There are clips at the GE junction.

Impression: Diffuse interstitial prominence. Focal increased air space disease is seen in the right base which may be due to atelectasis. Pneumonia is not excluded. Recommend follow-up.

```
--------------------------------------------
     *** THIS IS AN ELECTRONICALLY VERIFIED REPORT ***
     James Borders, M.D.
     RADIOLOGIST
D: 10/03/2010 10:10:00 AM
T: 10/03/2010 10:10:00 AM
JJB&BORDERS&JAMES^^20101003101100
```

EXHIBIT (d)



powered by: AMICAS

Name: STANTON, RODNEY

MRN: MMH-58135

DOB: 1965-03-02

Sex: M

Accession: 1010030167

Study Date & Time: 10/03/201009:14:39

Description: CHEST 2 VIEWS

Interpreter:      Borders, James M.D. (10)
Transcriptionist: BORDERS, JAMES (JJB)
==================== Begin of Report Content ====================

Exam:  Two-view chest.

HISTORY:  Shortness of breath.  Cough.

No comparisons.

FINDINGS:  PA and lateral views of the chest.  Diffuse interstitial prominence is seen.  There are bilateral perihilar infiltrates.  Opacity seen in the right lung base which may be due to the atelectasis or edema.  Pneumonia is not excluded.  The lungs are hyperexpanded.  There are clips at the GE junction.

Impression:  Diffuse interstitial prominence.  Focal increased air space disease is seen in the right base which may be due to atelectasis.  Pneumonia is not excluded.  Recommend follow-up.

==================== End of Report Content ====================

EXHIBIT (D)

ILLINOIS DEPARTMENT OF CORRECTIONS
## Medical Special Service Referral Denial or Revision

Offender's Name: _Stanton Rodney_   ID#: _B65491_

Referral Date: _1/28/15_

Initial Proposed Course of Action: _River to River Heart Group._
_Cardiomyopathy pat AICD check, Cardiology_
_Requesting Echocardiogram_

Alternative Care Recommended: _____

```
-  RECENT INTAKE- PATIENT W/ C/O CP X 2 DAYS PER WEX- DUE FOR AICD
-  CHECK AND SEEN BY CARDIOLOGY 1/27/15 FOR EVAL AND AICD CHECK -
-  RECEIVED REFERRAL REQUEST FOR ECHO- DISCUSSED IN COLLEGIAL
-  02/02/2015 W/ DR RITZ AND DR POWERS - RECOMMENDED SITE REPRESENT IN
   COLLEGIAL W/ DICTATED CARDIOLOGY NOTE FROM 1/27/15 VISIT
```

The offender has the right to appeal any adverse decisions through the grievance procedure outlined in 20 Ill. Adm. Code 504: Subpart F.

_VACANT_
Print Facility Medical Director's Name

_VACANT_
Facility Medical Director's Signature

_George HCUA_   Date: _2/25/15_

Distribution: Offender, Offender's Medical File, and
Health Care Unit Administrator

(Printed on Recycled Paper)

DOC 0255 (Eff.4/2007)

EXHIBIT (E)

ILLINOIS DEPARTMENT OF CORRECTIONS
## Medical Special Service Referral Denial or Revision

Offender's Name: _Stanton Rodney_     ID# _B65491_

Referral Date: _1/28/15_

Initial Proposed Course of Action _River to River Heart Group_
_Post AICD check, further work up requested for_
_Education_

Alternative Care Recommended: _____
- PATIENT W/ C/O CP X 2 DAYS PER WEX- DUE FOR AICD CHECK AND SEEN BY
- CARDIOLOGY 1/27/15 FOR EVAL AND AICD CHECK - RECEIVED REFERRAL
- REQUEST ABI'S W/ DOPPLERS - DISCUSSED IN COLLEGIAL W/ DR POWERS AND
- DR RITZ - REQUESTED SITE REPRESENT IN COLLEGIAL W/ THE DICTATED
- NOTE FROM THE 1/27/15 CARDIOLOGY VISIT

The offender has the right to appeal any adverse decisions through the grievance procedure outlined in 20 Ill.
Adm. Code 504: Subpart F.

_VACANT_
Print Facility Medical Director's Name

_VACANT_
Facility Medical Director's Signature

_2/25/15_
Date

Distribution: Offender, Offender's Medical File, and
Health Care Unit Administrator

(Printed on Recycled Paper)

DOC 0255 (Eff.4/2007)

EXHIBIT (F)

ILLINOIS DEPARTMENT OF CORRECTIONS
## Medical Special Service Referral Denial or Revision

Offender's Name: Stanton, Rodney    ID# B65491

collegial
Referral Date: 6/8/15

Initial Proposed Course of Action:

Consult for Pacemaker check
Dr. H Cardiology

Alternative Care Recommended: — do Pacemaker check
at site by Boston
Pacemaker Company
— needs last Echo report
before repeating
it

The offender has the right to appeal any adverse decisions through the grievance procedure outlined in 20 Ill. Adm. Code 504: Subpart F.

DR. VIPIN SHAH
Print Facility Medical Director's Name

Facility Medical Director's Signature

6/26/15
Date

Distribution: Offender, Offender's Medical File, and
Heath Care Unit Administrator

(Printed on Recycled Paper)

DOC 0255 (Eff.4/2007)

IZXHISII (47)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Medical History**

N R C

Facility

**HIV Opt-Out:**
☐ Test
☑ Refused
☐ Reception History
☐ Periodic History

Date: 12/23/14

Time: 215  ☐ a.m.  ☐ p.m.

| Offender Ir | |
|---|---|
| | B65491   STANTON, RODNEY |
| | Age:   49   DOB: 03/02/1965 |
| Race:. [ | Race: BLK   Sex: M |
| Gender: | NRC 12/23/2014   87   / |
| | ☐ Other_____ |

VIe

| Subjective: | Past Medical History / History of Present Illness / Family History | | | |
|---|---|---|---|---|
| **Condition** | **Yes** | **No** | **Family History** | **Explanation** |
| Allergies | | ✓ | | |
| Smoking | | ✓ | | |
| Pediculosa | | ✓ | | |
| Seizures | ✓ | | | |
| Asthma | | ✓ | | |
| Cardiac/HTN | ✓ | | | Meds |
| Diabetic | ✓ | | | meds   B5118 |
| Disability (vision, hearing, etc.) | | ✓ | | |
| Communicable Disease | | | | |
| a.  Hepatitis/Jaundice | ☐ | ☑ | | SKt KK C |
| b.  Hx + PPD/Active TB | ☐ | ☑ | | |
| c.  STD | ☐ | ☑ | | |
| d.  HIV +/AIDS | ☐ | ☑ | | |
| Surgeries | ☐ | ☐ | | Defib |
| Hx of Psych Tx | ☐ | ☑ | | |
| a.  Past Suicide Attempt | ☐ | ☑ | | |
| b.  Current Suicidal Ideation | ☐ | ☑ | | |
| Recent Drug/ETOH use | ☐ | ☑ | | |
| Mobility Problems | | | | |
| a.  Assistive Devices | ☐ | ☑ | | |
| b.  Prosthetics | ☐ | ☑ | | |
| c.  Specialized Equipment | ☐ | ☑ | | |
| Other Medications | | ✓ | | Pain Pill |
| History of Sexual Abuse or Predator | | ✓ | | |
| Oriented x3 | ✓ | | | |
| Other: | | | | |

**Objective:** T: _____ P: 76   ☐ regular  ☐ irregular   R: 2____ ☐ regular  ☐ irregular   B/P: 143 102

Height: 5 K   Weight: 220   Vision: RT 20/ 25   LT 20/ 25   Corrected: RT 20/_____   LT 20/_____

Behavioral appearance. Hearing loss. Mental status. Evidence of deformity, trauma, and skin conditions. _____ WRC

**Assessment:** NKA HTN DM
Defibrillator
SKt

**Plan:** (Check and complete as appropriate)
1.  Physical Examination:   ☑ Urgent  ☐ Routine
2.  Mental Health Referral:   ☐ Urgent  ☑ Routine
3.  Health Information Given:   ☑ Yes  ☐ Refused
4.  PPD Results:   ☐ Positive  ☐ Negative
5.  Chest X-ray performed:   ☐ N/A  ☐ Yes  ☐ No
6.  Other: _____

Date PPD Administered: SKt   Date PPD Read: / /

Reading: _____ mm   By: _____

D Hardy   S Hardy
Print Name of Interviewer   Signature

| R & C Use Only | | | | |
|---|---|---|---|---|
| LAB: _____ DEC 23 2014 | Sickle Cell: ☐ Yes   ☐ No | Dental: _____ | | Panorex: _____ |
| EKG: _____ | CXR: _____ | Female Only: PAP: _____ | | Mamo: _____ |

Distribution:  Offender's Medical Record         Printed on Recycled Paper         DOC 0092 (Rev. 11 2012)

EXHIBIT (H)

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

Vienna Correctional _____ Center

Offender Information:

Stanton           Rodney          ID#: B65491
Last Name         First Name      MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1-16-15 1:36p | Med Rec Note Cont. Sent CXR from 12-31-14 and EKG from 1-8-15 to Joni for review. Awaiting further information or auth#. _J Powers MRD | |
| 1-16-15 2:45p | Med Rec Note. Recieved call from Joni, UM nurse, with auth# 814267148 for cardiology eval and pacer check. Called River to River Heart group to schedule appointment. Requesting pacer info to call back Monday. _J Powers MRD | |

EXHIBIT (I)

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

Vienna Correctional _____ Center

Offender Information:

Stanton          Rodney          ID#: B65491
Last Name        First Name   MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 2·24·15 1145 ↑ | MD SICK CALL COMPLAINT: Cardiac Pacer Issues B/P 160/111  T 98.3  P 87 R 18  WT 232 | |
| | (S) c/o left chest pain | |
| | (O) Began 30 minutes ago He reports that deep breathing + palpation feels "sore". The pain lasts about 30 minutes; rates pain as 6 level. This has been going on about 2 days. He is not a good historian. Heart rate, regular, at 82. | (R) Motrin 400 mg TID Rx × 5 days |
| | (A) Chest Wall Pain. Awaiting ABI at Shawnee C.C. More interested in inmate de Hall, Laughery + Bolling c them. | [signature] 12:15pm  2/24/15 |
| 2/25/15 1430 | HCUA Note DOC 0255 Medical Service Referral Denial X2 completed for denial to Roberto Rivera Heart Drug Copy sent to Dr. Shicker + offender R George | |

DOC 0094 (Eff. 5/2008)

EXHIBIT CS

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Pinckneyville Correctional _____ Center

Offender Information:

Last Name: Stanton   First Name: Rodney   MI: ___   ID#: B65491

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7/2/15 10:30 Am | Medical Records Note. Received approval 6/9/15 for pacemaker - auth# 04113199 to be done by Cardiac Diagnostics Today, 7/2/15, I called the company to see how to go about scheduling this. I have scanned the requested information to them for review. They'll call back after they review the information — L. Bruns, Med Rec Dir | |
| 7/10/15 12:35 pm | Medical Records Note. Received non-approval 6/9/15 for an echocardiogram. Dr. Shah completed the "Medical Special Service Referral Denial or Revision" form on 6/26/15. On 7/9/15 appropriate copies were made and distributed. Originals filed in chart — L. Bruns, Med Rec Dir | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

EXHIBIT (K)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Pinckneyville Correctional _____ Center

Offender Information:

Last Name: Stanton   First Name: Rodney   MI: ___   ID#: B65491

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8-21-15 11³⁰ₐ | RN Note Telephonic defib check complete per order ⊘ C/o voiced | J Cain M RN |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

DOC 0084 (Eff. 9/200
(Replaces DC 711

Distribution. Offender's Medical Record            Printed on Recycled Paper

# LOEVY & LOEVY

311 N. Aberdeen St., 3rd Floor, Chicago, Illinois 60607

June 9, 2016

*CONFIDENTIAL LEGAL CORRESPONDENCE*

*Via U.S. Mail*
Rodney Stanton B65491
Pinckneyville Correctional Center
P.O. Box 999
Pinckneyville, IL 62274

     *Re:*    *Your request for legal representation*

To Rodney Stanton:

     This letter is to inform you that after reviewing your file, we are unfortunately unable to take your case.

     Please be advised that there are time limitations that govern the period in which a claim or lawsuit may be filed. Such time periods depend on the cause of action you may wish to pursue. However, we encourage you to follow up with other attorneys immediately to ensure that all legal rights are fully explored and protected.

     We appreciate your decision to contact us, and wish you the best of luck in pursuing your claims.

               Sincerely,

               Loevy & Loevy



# Gori Julian
### & ASSOCIATES, P.C.
ATTORNEYS AT LAW

March 28, 2016

*SENT VIA REGULAR MAIL*

Mr. Rodney Stanton
Reg. No. #B65491
P.O. Box 999
Pinckneyville, IL 62274

LEGAL MAIL

> RE:   **Toxic Tort Claim**
>       **Stanton v. Honeywell Corp., et al., Case No. 15-cv-1223**

Dear Mr. Stanton:

Thank you for giving us the opportunity to evaluate your potential case. Please be advised that Ms. Lauren Boaz no longer works at our firm. After reviewing the information you provided, we regret to inform you that Gori Julian & Associates, P.C. will not be able to represent you at this time. On behalf of Gori Julian & Associates, P.C. we have closed your file and the attorney-client relationship has ended.

We are only giving you the opinion of our law firm. We do not consider our opinion as final and absolute on the manner. If you wish to seek a second opinion, we urge you to do so as soon as possible. Each state prescribes a statute of limitations applicable to these claims. The statute of limitations defines the period within which a lawsuit must be filed, or the claim can be permanently barred. As such, time is of the essence.

Thank you so much for giving us the opportunity to review your potential claim. If you have any questions, feel free to contact our office.

Very truly yours,

D. Todd Mathews

DTM/clf



**Chicago Lawyers' Committee
for Civil Rights Under Law, Inc.**

*Chicago's Partnership for Equal Justice*

March 28, 2016

Mr. Rodney Stanton, #B-65491
Pinckneyville Correctional Center
5835 State Route 154
P.O. Box 999
Pinckneyville, IL  62274

Re:    Request for Legal Assistance

Dear Mr. Stanton:

The work of the Chicago Lawyers' Committee is largely restricted to litigation addressing civil rights violations in hate crimes, employment and housing discrimination.  It follows that your case is not one in which we would normally become involved.

I hope that our determination does not deter you from seeking assistance elsewhere. Good luck in your efforts to resolve your problem.

Sincerely,

Elesha Jackson
Office Manager

100 North LaSalle Street  Suite 600  Chicago, Illinois 60602  312.630.9744 (voice)  312.630.1127 (fax)  www.clccrul.org

# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

RODNEY STANTON

_____
Plaintiff(s)

v.

HONEYWELL INTERNATIONAL, INC, ETal)

_____
Defendant(s)

)
)
)
)
)
)

Case Number: 17-365-DRH

## CERTIFICATE OF SERVICE

I hereby certify that on _____, I electronically filed

_____

_____ with the Clerk of Court using the

CM/ECF system which will send notification of such filing(s) to the following:


and I hereby certify that on [date], I mailed by United States Postal Service, the

document(s) to the following non-registered participants:


Respectfully submitted,

Rodney Stanton

Name of Password Registrant

P.O. Box 999

Address

Pinckneyville, IL 62274

City, State, Zip

Phone: (___) _____ - _____

Fax: (___) _____ - _____

E-mail: _____ @ _____

_____

Attorney bar number (if applicable)