SCANNED AT PINCKNEYVILLE CC and E-mailed
6/8/18 by CB  1 pages
date    initials   No.

To: Clerk's Office United States District Court
From: Rodney Stanton
Subj: Change of Address

15-1223-NJR-SCW
17-365-NJR-DGW
18-399-DRH-RJD

June 7, 2018

To whom this may concern my address is no longer.
2600 N Brinton Ave Dixon, IL 61021.
I'm back off my court writ and you can contact me at "PCC"
5835 State Route 154
Pinckneyville, IL 62274

Thanking you in advance for you prompt attention in this matter I remain,
Respectfully Yours,
Rodney Stanton